

**APPROVED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



Margie Enquist
Jefferson District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Jul 13 2011 3:13PM MDT
Filing ID: 38677159
Review Clerk: Luz R

| | |
|---|---|
| **DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO**<br>Court Address: 100 Jefferson County Parkway<br>Golden, CO 80401<br>303-271-6145 | |
| **Plaintiff(s): CONTINENTAL WESTERN INSURANCE COMPANY**<br><br>vs.<br><br>**Defendants: CONTINENTAL INSURANCE COMPANY and TRANSCONTINENTAL INSURANCE COMPANY n/k/a/ NATIONAL FIRE INSURANCE COMPANY OF HARTFORD** | **Δ COURT USE ONLY Δ** |
| Attorneys for Defendants<br>Cathleen H. Heintz #30901<br>Hall & Evans, L.L.C.<br>1125- 17th Street, Suite 600<br>Denver, CO 80202<br>Phone No.: 303-628-3307<br>Fax #: 303-293-3230<br>E-mail: heintzc@hallevans.com | **Case No.: 2011CV2722**<br><br>**Div.:** |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Continental Insurance Company and Transcontinental Insurance Company n/k/a National Fire Insurance Company of Hartford (collectively, "Defendants") by and through their attorneys, Hall & Evans, LLC, and Plaintiff, Continental Western Insurance Company, by and through its attorneys, Montgomery, Kolodny, Amatuzio & Dusbabek, LLP, pursuant to Colo. R. Civ. P. 6(b) hereby stipulate that Defendants shall have an extension of time, up to and including July 26, 2011, to respond to Plaintiff's Complaint.

Dated this day 12th of July, 2011



Respectfully submitted,

/s/ [signature]
Cathleen H. Heintz, Esq.
HALL & EVANS, LLC
1125 Seventeenth St., Suite 600
Denver, CO 80202
Ph: 303-628-3307
E-mail: heintzc@hallevans.com
*ATTORNEYS FOR DEFENDANTS*

/s/ [signature]
Kevin F. Amatuzio, Esq. #13119
Krista Maher, Esq.
MONTGOMERY, KOLODNY,
AMATUZIO & DUSBABEK, LLP
1775 Sherman St., 21st Floor
Denver, CO 80202
Ph: 303-592-6600
E-mail:kamatuzio@mkadlaw.com;
kmaher@mkadlaw.com
*ATTORNEYS FOR PLAINTIFF*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT was filed with the Court via E-filing this 12th day of July, 2011, with service upon the following as noted below:

Kevin F. Amatuzio, Esq.
Krista Maher, Esq.
MONTGOMERY, KOLODNY,
AMATUZIO & DUSBABEK, LLP
1775 Sherman St., 21st Floor
Denver, CO 80202

*Original Signature on file at the offices of*
*Hall & Evans, LLC*

*/s/ Stephanee Estrella*
Legal Assistant to Cathleen H. Heintz

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **File & Serve Transaction ID:** | 38653506 |
| **Current Date:** | Jul 13, 2011 |
| **Case Number:** | 2011CV2722 |
| **Case Name:** | CONTINENTAL WESTERN INSURANCE COMPANY vs. CONTINENTAL INSURANCE COMPANY et al |
| **Court Authorizer:** | Margie Enquist |

**/s/ Judge Margie Enquist**